

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

## NO. 02-14-00385-CV

IN RE DARRELL WAYNE PHILLIPS          RELATOR

------------

ORIGINAL PROCEEDING

TRIAL COURT NO. 0557784D

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.[2] Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and MEIER, JJ.

DELIVERED: December 12, 2014

------

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

[2]The court has also considered relator's request for appointed counsel. Relator's request for appointed counsel is denied.